## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CODY THERIOT** | **CIVIL ACTION NO. 2:20-cv-02836** |
| *Plaintiff* | **SECTION G:** |
| **VERSUS** | **DISTRICT JUDGE NANNETTE JOLIVETTE BROWN** |
| **REC MARINE LOGISTICS, LLC** | **DIVISION 1:** |
| | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |
| *Defendants* | |

## REC MARINE LOGISTICS, LLC'S
## WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, comes defendant, REC Marine Logistics, LLC (hereinafter sometimes referred to as "REC Marine" or "defendant"), which hereby submits Witness and Exhibit List in accordance with this Court's Scheduling Order:

## WITNESS LIST

1. Plaintiff, Cody Theriot
   2008 South Bayou Drive
   Golden Meadow, Louisiana 70357

2. Captain David Pellegrin
   5284 Hwy. 56
   Chauvin, Louisiana 70344

3. Captain Mitchell Glover
   P.O. Box 816
   Stockton, Alabama 36579

4. Jesse Daughenbaugh (deckhand)
   346 Whippoorwhill Rd.
   DeRidder, Louisiana 70634

5. Brian Harris (REC Marine Operations Manager)
   4535 Hwy. 308
   Raceland, Louisiana 70394

6. Artie Angeron (REC Marine management)
   4535 Hwy. 308
   Raceland, Louisiana 70394

7. Melvin Stansbury
   Address unknown

8. John Vigers
   Address unknown

9. Randy Frick
   Address unknown

10. Luther Broadus
    Address unknown

11. Michael Gant
    Address unknown

12. Majella Chavis
    Address unknown

13. A corporate representative of REC Marine
    4535 Hwy. 308
    Raceland, Louisiana 70394

14. Dr. Geoffrey Stone
    Gulf Coast Orthopedics
    1001 School Street
    Houma, LA 70360

15. Dr. Michael Haydel
    1022 Belanger Street
    Houma, LA 70360

16. A representative of Physiofit
    18641 Hwy. 3235
    Galliano, LA 70354

17. A representative of Terrebonne General Medical Center

18. Dr. Donald Gervais

19. Any other medical provider who has treated plaintiff either prior to or after his alleged accident

20. Dr. Charles Haddad, Jr., IME physician
    3939 Houma Blvd., Suite 21
    Metairie, Louisiana 70006

21. Dr. Kenneth J. Boudreaux and/or Dan M. Cliffe and/or J. Stuart Wood and/or John R. Page
    Expert economists

22. Nancy Favaloro, expert in vocational rehabilitation
    1615 Poydras St., Suite 1040
    New Orleans, Louisiana 70112

23. Stacie A. Nunez
    1615 Poydras St., Suite 1040
    New Orleans, Louisiana 70112

24. Marc Fazioli, liability expert
    12411 Donna Lane
    Houston, Texas 77067

25. Any representatives from plaintiff's previous employers;

26. Any witness listed or identified by any other party to this litigation; and

27. Any witness needed to authenticate any document

Defendant reserves the right to amend this list as potential witnesses and their identities become known through ongoing discovery and investigation.

## EXHIBIT LIST

1. Personal Incident Report

2. Handwritten Personal Incident/Illness Report

3. Report of Marine Casualty (USCG Form 2692)

4. Recorded Statement of plaintiff, Cody Theriot

5. Handwritten statements from: David Pellegrin, Mitchell Glover, Jesse Daughenbaugh, Melvin Stansbury, John Vigers, Randy Frick, Luther Broadus, Michael Gant and Majella Chavis

6. Certificate of Documentation for the M/V BRIANA MARIE

7. Certificate of Inspection for the M/V BRIANA MARIE

8. REC Marine Health, Safety and Environmental Manual

9. REC Marine Operations Manual

10. The license and qualification records for Captain David Pellegrin

11. Safety/Environmental Meeting records for the M/V BRIANA MARIE

12. Daily Master's Logs for the M/V BRIANA MARIE

13. Rough vessel logs for the M/V BRIANA MARIE

14. Job Safety Analysis records for the M/V BRIANA MARIE

15. Photographs of the M/V BRIANA MARIE

16. Surveillance video of Cody Theriot

17. Plaintiff's prior criminal records

18. Records of any prior civil lawsuit involving the plaintiff, including any Petition for Divorce

19. ISO Claims Report on the plaintiff

20. Incarceration records from Lafourche Parish Sheriff's Office

21. Kinetica Event Reporting Report completed by Melvin Stansbury

22. Kinetica Event Reporting Report completed by Randy Frick

23. Kinetica Event Reporting Report completed by John Vigers

24. Kinetica Event Reporting Report completed by Michael Gant

25. Kinetica Event Reporting Report completed by David Pellegrin

26. Kinetica Event Reporting Report completed by Luther Broadus

27. Kinetica Event Reporting Report completed by Majella Chavis

28. Post-incident handwritten notes from Artie Angeron

29. Safety Alert entitled "Ropes can Bight"

30. Pharmacy records from Lady of the Sea Community Pharmacy

4

31. Therapy records from Physiofit Physical Therapy

32. Medical records from Gulf Coast Orthopedics and/or Dr. Geoffrey Stone

33. Medical records from Haydel Spine Pain & Wellness and/or Dr. Michael Haydel

34. Medical records from Terrebonne General Medical Center

35. Medical records from Physician's Medical Center and/or Dr. Jeremy Rau

36. Medical records from Southeast Neuroscience Center and/or Dr. Donald Gervais

37. Medical records from Complete Occupational Health Services

38. Medical records from Lafourche Ambulance District #1

39. Medical records from Occupational Medicine Services, LLC

40. Medical records from Leonard J. Chabert Medical Center

41. Medical records from Ochsner St. Anne Family Doctor Clinic

42. Medical records from Lady of the Sea General Hospital

43. Results of drug screens from Parkway Clinical Laboratories

44. Medical records from any provider or facility which has treated plaintiff either prior to or after the alleged incident

45. Records of maintenance and cure payments

46. The CV and/or IME report of Dr. Charles Haddad, Jr.

47. The CV and/or expert report of Dr. Kenneth J. Boudreaux and/or Dan M. Cliffe and/or J. Stuart Wood and/or John R. Page

48. The CV and/or expert report of Nancy Favaloro

49. The CV and/or expert report of Marc Fazioli

50. The CV and/or expert report of Stacie A. Nunez

51. Documentation regarding plaintiff's child support obligation

52. Plaintiff's personnel file with REC Marine, including any records pertaining to pre-employment physicals, questionnaires or drug screens

53. Plaintiff's payroll records for REC Marine

54. All training records pertaining to plaintiff

55. The IRS and Social Security records of plaintiff

56. Prior and subsequent employment records of plaintiff

57. Records regarding any prior accidents or injuries involving plaintiff

Defendant reserves the right to amend this list as items become available through ongoing discovery and investigation.

        Respectfully submitted,

        _____
Salvador J. Pusateri (#21036)
Kyle A. Khoury, T.A. (#33216)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Salvador.Pusateri@pjgglaw.com
Kyle.Khoury@pjgglaw.com
**ATTORNEYS FOR REC MARINE LOGISTICS, LLC**